McMahon, J

David L. Mazaroli
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 2/2/12

-------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA

                      Plaintiff,

   - against -

AMERICAN AIRLINES CARGO;
AMERICAN AIRLINES; AMERICAN
AIRLINES INC.;

                      Defendants.
-------------------------------------------------------x

11 Civ. 3604 (CM)

**STIPULATION & ORDER
OF DISCONTINUANCE**

WHEREAS a Notice of Suggestion of Bankruptcy [Doc. # 9] has been filed by defendant American Airlines, Inc.;

IT IS HEREBY STIPULATED AND AGREED that this action is discontinued as to all parties pursuant to Rule 41 (a) (1)(A)(ii) Federal Rules of Civil Procedure, without prejudice and with each party to pay its own costs and attorney fees.

Dated: New York, New York
       February 2, 2012

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

[signatures of counsel on p. 2]

11 Civ. 3604 (CM)
Stipulation & Order of Discontinuance
Page 2

LAW OFFICES,
DAVID L. MAZAROLI

_____
David L. Mazaroli
Attorney for Plaintiff
11 Park Place - Suite 1214
New York, New York 10007
Tel.: (212)267-8480
Fax.: (212)732-7352
E-mail: dlm@mazarolilaw.com
File No.: 1G-2055

Mound, Cotton, Wollan & Greengrass
Attorneys for Defendants
AMERICAN AIRLINES CARGO
AMERICAN AIRLINES
AMERICAN AIRLINES INC.

By: _____
Francis A. Montbach
One Battery Park Plaza, 9th Floor
New York, New York 10004-1486
Tel (212)804-4200